THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS BOONE, Appellant.

Submitted January 19, 2016; decided February 11, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY BROWN, Appellant.

Submitted January 25, 2016; decided February 11, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO BRUNO, Appellant.

Submitted February 1, 2016; decided February 11, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge GARCIA taking no part.